APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Vernie L. Davenport, Jr.
(Please print)

STREET ADDRESS: 132 Jeffery Avenue

CITY/STATE/ZIP: Rochelle, I 61068

PHONE NUMBER: (601) 868-0372

CASE NUMBER: 07 C 50246

FILED
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____        December 21, 2007
Signature                               Date