# United States District Court for the Northern District of Illinois

Case Number: 07-50246　　　　　　　　　Assigned/IssuedBy: p6

---

## FEE INFORMATION

**Amount Due:**　☒ $350.00　　☐ $39.00　　☐ $5.00

　　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other

**FILED JAN 17 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　Receipt #: _____

Date Paid: _____　　　　Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**　☒ Summons　　　　　　☐ Alias Summons

　　　　　　　　　　☐ Third Party Summons　☐ Lis Pendens

　　　　　　　　　　☐ Non Wage Garnishment Summons

　　　　　　　　　　☐ Wage-Deduction Garnishment Summons

　　　　　　　　　　☐ Citation to Discover Assets

　　　　　　　　　　☐ Writ _____
　　　　　　　　　　　　(Type of Writ)

4 Original and ___— ___ copies on __1-17-08__ as to __Defendants__
　　　　　　　　　　　　　(Date)

---

C:\wpwin80\docket\feeinfo.frm　　01/01