# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   07 C 50246

*Vernie L. Davenport v. State of Illinois, Judge Michael Mallon, Judge Stephen Pemberton, and Ogle County, Illinois Circuit Clerk*

Hon. Judge Kapala
Hon. Magistrate Judge Mahoney

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: State of Illinois, Judge Michael Mallon, Judge Stephen Pemberton, and the Ogle County, Illinois Circuit Clerk

| | |
|---|---|
| NAME (Type or print) <br> KEVIN LOVELLETTE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s:/ Kevin Lovellette | |
| FIRM <br> Office of the Illinois Attorney General | |
| OFFICE ADDRESS <br> 100 W. Randolph, 13th Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6243384 | TELEPHONE NUMBER <br> (312) 814-3720 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✔   NO ___ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ___   NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✔   NO ___ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✔   NO ___ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ___        APPOINTED COUNSEL ___ | |