IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| VERNIE L. DAVENPORT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 50246 |
| v. | ) | |
| | ) | Honorable Judge Kapala |
| STATE OF ILLINOIS, JUDGE MICHAEL MALLON, JUDGE STEPHEN PEMBERTON, and the OGLE COUNTY, ILLINOIS CIRCUIT CLERK, | ) ) ) ) ) | Magistrate Judge Mahoney |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Vernie L. Davenport, Jr., *Pro Se*
        132 Jeffery Avenue
        Rochelle, IL  61068

**PLEASE TAKE NOTICE** that on Friday, the 8th day of February, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Michael Mahoney, or whomever may be sitting in his stead, Room 204 in the United States District Court for the Northern District of Illinois, Western Division, at 211 S. Court Street, Rockford, Illinois 61101, and then and there present the attached **DEFENDANT'S MOTION TO DISMISS**.

LISA MADIGAN
Attorney General of Illinois

                                                    Respectfully submitted,

                                                       s:/ Kevin Lovellette
                                                    KEVIN LOVELLETTE
                                                    Assistant Attorney General
                                                    General Law Bureau
                                                    100 West Randolph Street, 13th Floor
                                                    Chicago, Illinois  60601
                                                    (312) 814-3720

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed on January 22, 2008 through the Court's CM/ECF system.  Parties of record may obtain a copy of the paper through the Court's CM/ECF system.  The undersigned further certifies that a copy of the aforementioned document was served by U.S. Mail on the 22nd day of January, 2008, to Vernie L. Davenport, Jr. at the address above.

                                                       s:/ Kevin Lovellette