# EXHIBIT A

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                    PRO. SE
VS.
DAVENPORT, CANDIDA M                      SLOCUM, RICHARD C
```

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---|---|---|---|

5/23/2003        Petition for Dissolution of Marriage filed.
                 Petition for Temporary Relief filed.
                 Summons issued and forwarded to Ogle Co. Sheriff.
                 Progress Call Notice filed.
                 Progress call set for 07/24/2003 at 09:00 in courtroom 202.

6/18/2003        Summons returned showing No Service filed.  (Candida Davenport)
                 $42.00 Sheriff's Fee.

6/26/2003        Summons issued and given to Attorney Tess.

7/10/2003        Alias Summons issued and given to Attorney Tess.
                 Notice of Motion filed.
                 Protection order set for 07/17/2003 at 09:00 in courtroom 202.

7/14/2003        Summons returned showing non service on Candida Davenport filed.
                 Protection order set for 07/17/2003 at 09:00 in courtroom 202.

7/17/2003        Copy of the Order of Protection filed.
                 Respondent served in open court on 07/17/03.
                 Plenary order set for 07/28/2003 at 11:00 in courtroom 202.

7/18/2003 MTM MP Attorney Tess present.
7/18/2003        Attorney David Hugdahl present.
                 Plenary order set for 07/28/2003 at 11:00 in courtroom 202.

7/21/2003        Summons returned showing personal service 07/17/03 on Candida
                 Davenport filed.
                 $22.00 Sheriff Fees.
                 Plenary order set for 07/28/2003 at 11:00 in courtroom 202.

7/24/2003 MTM MP Attorney Tess present.
7/24/2003        Case continued.

7/28/2003 MM  MP Defendant present.
7/28/2003        MALLON:  INTERIM ORDER OF PROTECTION Entered. (FILED IN 03-OP-79)
                 Order expires:  July 31, 2003 at 9:00
                 Status set for 07/31/2003 at 09:00 in courtroom 202.

7/31/2003 MTM MP Atty Tess present for Plaintiff.
7/31/2003        MALLON:  INTERIM ORDER OF PROTECTION Entered.  (Filed in 03 OP 79)
                 Status hearing set for 08/07/2003 at 09:00 in courtroom 202.

8/07/2003 MTM    Atty Tess present for Plaintiff.
                 Atty Morrow present.
8/07/2003        MALLON:  INTERIM ORDER OF PROTECTION Entered.  (Filed in 03 OP 79)
                 MALLON:  ORDER Entered.   (Filed in 03 OP 79)
                 Temporary matters set for 09/10/2003 at 11:00 in courtroom 202.

8/21/2003        Sheriff's copy of IOP showing No Service Expired filed.  (Vernie
                 Davenport)  (Filed in 03 OP 79)

9/02/2003        Answer to Petition for Temporary Relief and Counterpetition for
                 Temporary Relief filed.
                 Answer to Petition for Dissolution of Marriage filed.

9/10/2003 MM  JP Plaintiff present with Atty Tess.
                 Defendant present with Atty Morrow.
9/10/2003        MALLON:  INTERIM ORDER OF PROTECTION Entered.  (Filed in 03 OP 79)
9/10/2003 MM  JP All parties served in open court.
9/10/2003        MALLON:  ORDER Entered.
                 Status hearing set for 10/23/2003 at 09:00 in courtroom 202.

10/23/2003 MM MP Atty Tess present for Plaintiff.
                 Atty Morrow present for Defendant.
10/23/2003       MALLON:  INTERIM ORDER OF PROTECTION Entered.  (Filed in 03OP79)

A true copy of the original on file in my office
Attested to this ____ day of ____ 20__
Clerk of the Circuit Court 15th
Judicial Circuit, Ogle County, Illinois
By ____
Deputy Clerk

```
2003D 000103P 001
DAVENPORT. VERNIE L JR                    PRO. SE
VS.
DAVENPORT. CANDIDA M                      SLOCUM, RICHARD C
----------------------------------------------------------------------------------
ENTERED   JDG CR  TEXT                                          CHANGED USER
----------------------------------------------------------------------------------
                 Certified copy forwarded to Ogle County Sheriff via Atty Morrow.
10/23/2003 MM  MP  Continued for Status.
                 Financial Affidavits to be filed by 10/30/03.
                 Status hearing set for 11/13/2003 at 09:00 in courtroom 202.

11/05/2003        Financial Affidavit filed.  (Plaintiff)

11/13/2003 MM  DV  Plaintiff represented by Atty Tess.
                 Defendant represented by Atty Morrow.
                 Continued.
                 Status hearing set for 12/11/2003 at 09:00 in courtroom 202.

12/11/2003 MM  JP  Atty Tess present for Plaintiff.
                 Atty Morrow present for Defendant.
                 Continued for final pretrial and status on discovery.
                 Status hearing set for 01/15/2004 at 09:00 in courtroom 202.

1/15/2004 MM  MP  Atty Redington present for Plaintiff.
                 Atty Morrow present for Defendant.
                 Continued.
                 Status hearing set for 02/11/2004 at 09:00 in courtroom 202.

2/11/2004 MTM DV  Plaintiff present. Atty Tess for Plaintiff by phone.
                 Atty Morrow present for Defendant.
                 Continued.
                 Status hearing set for 02/19/2004 at 09:00 in courtroom 202.

2/19/2004 MTM DV  Atty Tess present for Plaintiff.
                 Atty Morrow present for Defendant.
                 Continued.
                 Status hearing set for 03/11/2004 at 09:00 in courtroom 202.

3/11/2004 MM  JP  Atty Tess present for Plaintiff.
                 Atty Morrow present for Defendant.
                 Continued.
                 Status hearing set for 04/08/2004 at 09:00 in courtroom 202.

4/08/2004 MTM MP  Plaintiff present with Atty Tess.
                 Atty Morrow present for Defendant.
                 Continued for Part II hearing.
                 Phase II/2nd stage set for 05/20/2004 at 01:00 in courtroom 202.

5/20/2004 MTM DV  Plaintiff present with Atty Tess.
                 Defendant represented by Atty Morrow.
                 Continued for Status.
                 Status hearing set for 06/10/2004 at 09:00 in courtroom 202.

6/10/2004 MM  RC  Plaintiff present with Attorney Tess.
                 Attorney Morrow present for Defendant.
                 Status hearing set for 07/08/2004 at 09:00 in courtroom 202.

7/08/2004        Substitution of Attorneys filed.  (Tess for Hewitt)
7/08/2004 MM  RC  Attorney Morrow present for Defendant.
                 Attorney Tess withdraws.  Atty. Hewitt appears.
                 Hearing set for 08/24/2004 at 01:00 in courtroom 202.
                 Status on Discovery set for 08/12/2004 at 09:00 in courtroom 202.

7/21/2004        Petition for Setting Final Fees and Costs filed.
                 Affidavit filed.
                 Status hearing set for 08/12/2004 at 09:00 in courtroom 202.
                 POCKET DATE:  Hearing set for 08/24/2004 at 01:00 in courtroom 202.

8/12/2004 MM     Attorney Hewitt present for Plaintiff.
                 Attorney Morrow present for Defendant.
                 Hearing set for 08/24/2004 at 01:00 in courtroom 202.
```

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                    PRO. SE
VS.
DAVENPORT, CANDIDA M                      SLOCUM, RICHARD C
```
------------------------------------------------------------------------------------------------
| ENTERED   JDG CR   TEXT | CHANGED USER |
------------------------------------------------------------------------------------------------

```
8/24/2004 MM  DV  Plaintiff present with Attorney Hewitt.
                  Defendant present with Attornry Morrow.
                  Plaintiff's oral motion to amend petition to show grounds of
                  irreconcilable differences.
                  Stipulation filed instanter.
                  Phase II/2nd stage set for 09/02/2004 at 09:00 in courtroom 202.

8/30/2004         MALLON:  ORDER ENTERED.

9/02/2004 MM  JP  Attorney Hewitt present for Plaintiff.
                  Attorney Morrow present for Defendant.
                  Case continued for Part II hearing.
                  Phase II/2nd stage set for 09/23/2004 at 09:00 in courtroom 202.

9/23/2004 MM  JP  Attorney Hewitt present for Plaintiff.
                  Case continued for status hearing.
                  Status hearing set for 10/21/2004 at 09:00 in courtroom 202.

10/18/2004        MALLON:  ORDER FOR FINAL FEES AND COSTS ENTERED.
                  Status hearing set for 10/21/2004 at 09:00 in courtroom 202.

10/19/2004        Notice filed.
                  Motion to Withdraw filed.
                  Status hearing set for 10/21/2004 at 09:00 in courtroom 202.

10/21/2004        Notice of Service of Discovery filed.
                  Third Set of Matrimonial Interrogatories and Requests for Production
                  of Documents filed.
10/21/2004 MM  MP  Plaintiff present with Attorney Hewitt.
                  Attorney Morrow present for Defendant.
                  Attorney Hewitt's Motion to Withdraw is granted.
                  Case continued for status hearing.
                  MALLON:  ORDER ENTERED.
                  Status hearing set for 11/18/2004 at 09:00 in courtroom 202.

11/18/2004 MM  DV  Attorney Bruce present for Plaintiff.
                  Attorney Morrow present for Defendant.
                  Appearance filed instanter. (Bruce for Plaintiff)
                  Case continued for pre-trial.
                  Pre-trial set for 12/13/2004 at 02:00 in courtroom 202.

12/13/2004 MM  JP  Plaintiff present with Attorney Joseph Bruce.
                  Attorney Morrow present for Defendant.
                  Both parties have 21 days to answer Discovery.
                  Case continued for discovery status.
                  Status hearing set for 01/13/2005 at 09:00 in courtroom 202.

1/13/2005 MM  MP  Defendant present with Attny. Morrow.
                  Motion to Withdraw as Counsel filed instanter.
                  Attny. Morrow's Motion To Withdraw as Counsel granted.
                  MALLON:  ORDER ENTERED.
                  Status hearing set for 02/10/2005 at 11:00 in courtroom 202.

2/10/2005 MM  DV  Plaintiff present with Attny. Joseph Bruce.
                  Defendant's Oral Motion for Plaintiff to pay for Attny. granted.
                  Plaintiff to pay $1500.00 toward Attny. fees for Defendant.
                  Case continued for status hearing on Attny.
                  Status hearing set for 03/09/2005 at 01:00 in courtroom 202.

3/09/2005 MM      Attny. Bruce present for Plaintiff via telephone.
                  By agreement status hearing continued.
                  Status hearing set for 03/23/2005 at 01:30 in courtroom 202.

3/10/2005         Notice filed.
                  Status hearing set for 03/23/2005 at 01:30 in courtroom 202.
```

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                    PRO, SE
VS.
DAVENPORT, CANDIDA M                      SLOCUM, RICHARD C
```

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---------|--------|------|--------------|
| 3/23/2005 MM  JP | | Plaintiff present with Attny. Joseph Bruce. Case continued for Part II hearing. Phase II/2nd stage set for 04/21/2005 at 03:00 in courtroom 202. | |
| 3/30/2005 | | Notice filed. Phase II/2nd stage set for 04/21/2005 at 03:00 in courtroom 202. | |
| 4/14/2005 | | Plaintiff's Proposed Property Apportionment filed. Notice filed. Phase II/2nd stage set for  4/21/2005 at 03:00 in courtroom 202. | |
| 4/21/2005 MM | | Telephone conference held with Attny. J. Bruce and Attny. Melody Madsen. Case continued for further telephone conference. Conference call set for  5/19/2005 at 08:45 in courtroom 202. | |
| 4/21/2005 | | Appearance filed.  (Madsen for Dft) | |
| 5/19/2005 MM | | Phone conference held between Attny. Joseph Bruce and Attny. Madsen. Case continued for final pretrial conference. Final pre-trial conf set for  7/01/2005 at 10:00 in courtroom 202. | |
| 5/26/2005 | | MALLON:  ORDER ENTERED. Final pre-trial set for  7/01/2005 at 10:00 in courtroom 202. | |
| 6/22/2005 | | Eight (8) Subpoenas Duces Tecum issued and returned to Atty. Madsen. | |
| 6/28/2005 | | Petition for Emergency Relief Including Insurance Benefits, Maintenance and Additional Relief filed. Notice of Motion Hearing filed. Respondent's Notice to Produce to Plaintiff filed. Respondent's Second Notice to Produce to Plaintiff filed. Respondent's Request to Petitioner for Answers to  Matrimonial Interrogatories filed. NOTICE OF FILING AND PROOF OF SERVICE FILED. Final pre-trial set for  7/01/2005 at 10:00 in courtroom 202. | |
| 7/01/2005 MM  MP | | Plaintiff present with Attny. Joseph Bruce. Attny. Madsen present for Defendant. Pre-trial conference held.  Case continued for status hearing. Status hearing set for  7/28/2005 at 09:00 in courtroom 202. | |
| 7/01/2005 | | Notice of Filing filed. | |
| 7/25/2005 | | Motion to Withdraw as Counsel of Record filed. Notice filed. Status hearing set for  7/28/2005 at 09:00 in courtroom 202. | |
| 7/28/2005 | | First Motion to Compel Interrogatory Responses and Production of Documents and for Sanctions and Request for Expedited Consideration filed. Notice of Filing filed. Status hearing set for  7/28/2005 at 09:00 in courtroom 202. Fifth Set of Matrimonial Interrogatories and Requests for Production of Documents filed. Notice of Filing filed. | |
| 7/28/2005 MM  MP | | Attny. Joseph Bruce present for Plaintiff. Attny. Madsen present for Defendant. Attny. Bruce's Motion to Withdraw heard and granted. Case continued for status hearing. | |
| 7/28/2005 | | MALLON:  ORDER FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD ENTERED. | |
| 7/28/2005 MM  MP | | Status hearing set for  8/18/2005 at 09:00 in courtroom 202. | |
| 8/17/2005 | | Notice of Filing filed. Answer to Respondent's Notice to Produce to Plaintiff filed. Notice of Filing filed. Answer to Respondent's Second Notice to Produce to Plaintiff filed. Notice of Filing filed. | |

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                        PRO, SE
VS.
DAVENPORT, CANDIDA M                          SLOCUM, RICHARD C
```
-------------------------------------------------------------------------------

| ENTERED | JDG | CR | TEXT | CHANGED USER |
|---------|-----|----|------|--------------|

-------------------------------------------------------------------------------

|  |  |  | Answer to Matrimonial Interrogatories filed. | |
|  |  |  | Notice of Filing filed. | |
|  |  |  | Sixth Set of Matrimonial Interrogatories and Requests for Production of Documents filed. | |
|  |  |  | Status hearing set for  8/18/2005 at 09:00 in courtroom 202. | |
| 8/18/2005 | MM | DV | Plaintiff present pro se. | |
|  |  |  | Attny. Madsen present for Defendant. | |
| 8/18/2005 |  |  | Appearance filed instanter. | |
| 8/18/2005 | MM | DV | Case continued for status hearing. | |
|  |  |  | Status hearing set for  8/26/2005 at 09:00 in courtroom 202. | |
| 8/26/2005 | MM | DV | Plaintiff present pro se. | |
|  |  |  | Attny. Madsen present for Defendant. | |
|  |  |  | MALLON:  ORDER ENTERED. | |
|  |  |  | Case continued for status hearing on Discovery. | |
|  |  |  | Status hearing set for  9/09/2005 at 09:00 in courtroom 202. | |
| 9/09/2005 | MM | JP | Plaintiff present pro se. | |
|  |  |  | Attny. Madsen present for Defendant. | |
|  |  |  | Plaintiff has 28 days to Answer Request for Admission. | |
|  |  |  | Case continued for status hearing. | |
| 9/09/2005 |  |  | Notice of Filing filed. | |
|  |  |  | Affidavit filed. | |
|  |  |  | Notice Of Filing filed. | |
|  |  |  | Plaintiff's First Set Of Requests For Admission Of Fact filed. | |
| 9/09/2005 | MM | JP | Status hearing set for 10/06/2005 at 11:00 in courtroom 202. | |
| 9/12/2005 |  |  | Notice of Filing filed. | |
|  |  |  | Supplemental Answers to Matrimonial Interrogatories filed. | |
|  |  |  | Notice of Filing filed. | |
|  |  |  | Third Motion to Compel Interrogatory Responses and Production of Documents and for Sanctions and Request for Expedited Consideration filed. | |
|  |  |  | Notice of Filing filed. | |
|  |  |  | Second Motion to Compel Interrogatory Responses and Production of Documents and for Sanctions and Request for Expedited Consideration filed. | |
|  |  |  | Notice of Filing filed. | |
|  |  |  | Motion to Sanction filed. | |
|  |  |  | Status hearing set for 10/06/2005 at 11:00 in courtroom 202. | |
| 10/04/2005 |  |  | Motion to Withdraw as Attorney of Record filed. | |
|  |  |  | Notice of Motion Hearing filed. | |
|  |  |  | Status hearing and Motion to Withdraw set for 10/06/2005 at 11:00 in courtroom 202. | |
| 10/05/2005 |  |  | Motion to Deny filed. | |
|  |  |  | Motion to Enforce And For Sanctions And Request For Expedited Consideration filed. | |
|  |  |  | Fourth Motion To Compel Interrogatory Responses and Production of Documents and For Sanctions And Request For Expedited Consideration filed. | |
|  |  |  | (3) Notice of Filing filed. | |
| 10/06/2005 | MM | RC | Plaintiff present pro se. | |
|  |  |  | Defendant present with Attny. Madsen. | |
|  |  |  | Hearing held.  Plaintiff's Motion to Compel is denied. | |
|  |  |  | Attny. Madsen's Motion to Withdraw granted. | |
|  |  |  | All issues are reserved regarding property maintenance. | |
|  |  |  | Defendant has 21 days to obtain counsel. | |
|  |  |  | MALLON:  ORDER ENTERED. | |
|  |  |  | Case continued for status hearing. | |
|  |  |  | Status hearing set for 10/28/2005 at 10:30 in courtroom 202. | |
| 10/28/2005 | MM | RC | Plaintiff present-Pro Se. | |

2003D 000103P 001
DAVENPORT, VERNIE L JR                          PRO. SE
VS.
DAVENPORT, CANDIDA M                            SLOCUM, RICHARD C
--------------------------------------------------------------------------------------------------------
 ENTERED   JDG CR  TEXT                                                              CHANGED USER
--------------------------------------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| | | Defendant present with Attorney R. Slocum. |
| | | Status hearing set for 12/01/2005 at 10:30 in courtroom 202. |
| 10/28/2005 | | Appearance filed.  (Dft - Slocum) |
| | | First Motion to Compel Admiddion of Fact and For Sanctions and |
| | | Request for Expedited Consideration filed. |
| | | Status hearing set for 12/01/2005 at 10:30 in courtroom 202. |
| | | Notice of Service filed. |
| | | Status hearing set for 12/01/2005 at 10:30 in courtroom 202. |
| | | |
| 12/01/2005 MM | | Plaintiff present pro se. |
| | | Attny. Slocum present for Defendant via telephone. |
| | | Attny. Slocum to be entering his appearance. |
| | | Case continued for status hearing. |
| | | Status hearing set for 12/20/2005 at 09:45 in courtroom 302. |
| | | |
| 12/20/2005 MM | | Plaintiff present pro se. |
| | | Attny. Slocum present for Defendant. |
| | | Case continued for Part II hearing. |
| | | Phase II/2nd stage set for  2/23/2006 at 01:30 in courtroom 302. |
| | | |
| 2/14/2006 | | Subpoena Duces Tecum issued and returned. |
| | | Phase II/2nd stage set for  2/23/2006 at 01:30 in courtroom 302. |
| | | |
| 2/23/2006 MM  DV | | Plaintiff present-Pro Se. |
| | | Defendant present with Attorney R. Slocum. |
| | | Part II hearing held.  Testimony received. |
| | | Plaintiff's Exhibits #1,2,3,6,7 and 9 admitted. |
| | | Plaintiff's Exhibits #4 and 5 admitted over objection. |
| | | Plaintiff's Exhibit #8 marked only. |
| | | Defendant's Exhibits #1 and 2 admitted. |
| | | Defendant's Exhibits #3-10 admitted over objection. |
| | | Phase II/2nd stage set for  2/28/2006 at 01:30 in courtroom 302. |
| | | Judge Mallon kept exhibits. |
| | | |
| 2/28/2006 MM  DV | | Plaintiff present pro se. |
| | | Defendant present with Attny. Slocum. |
| | | Part II hearing continues. |
| | | Plaintiff's Group Exhibit # 11 admitted. |
| | | DVD with no Exhibit # on it just the date of 2/28/06 admitted. |
| | | Judge kept all of the exhibits - case continued for decision. |
| | | Decision set for  3/09/2006 at 01:00 in courtroom 302. |
| | | |
| 3/09/2006 MM  JP | | Plaintiff present pro se. |
| | | Defendant present with Attny. Richard Slocum. |
| | | Court awards Plaintiff property on Jeffrey Ave in Rochelle, lots in |
| | | Aurora and acreage in Missouri. |
| | | Court awards Defendant $400.00 Rehabilitive maintenance for 48 months- |
| | |  1st payment due 4/1/06. |
| | | Plaintiff to reimburse Defendant $500.00 for Attny. fees to be paid |
| | |  within 90 days. |
| | | Order to be submitted. |
| | | |
| 5/03/2006 MM  DV | | Plaintiff present pro se. |
| 5/03/2006 | | Emergency Motion for Court to Substitute Party and Request for |
| | | Immediate Hearing filed. |
| | | Notice of Filing filed. |
| | | |
| 5/04/2006 | | Hearing set for  5/15/2006 at 01:00 in courtroom 302. |
| | | |
| 5/12/2006 | | Emergency Petition for Injunctive Relief and Request for Immediate |
| | | Hearing filed. |
| | | Notice of Filing filed. |
| | | Hearing set for  5/15/2006 at 01:00 in courtroom 302. |
| | | |
| 5/15/2006 MM  DV | | Plaintiff present pro se. |
| | | Attny. Richard Slocum present for Defendant. |

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                    PRO. SE
VS.
DAVENPORT, CANDIDA M                      SLOCUM, RICHARD C
```

| ENTERED | JDG | CR | TEXT | CHANGED USER |
|---|---|---|---|---|
| 5/15/2006 | | | Notice of Hearing filed instanter.<br>Motion to Vacate Judgment of Divorce - Nunc Pro Tunc filed instanter<br>MALLON:  ORDER ENTERED. | |
| 5/15/2006 | MM | DV | Entry of order set for 05/17/06 at 08:30 in courtroom 302. | |
| 5/17/2006 | | | MALLON:  JUDGMENT OF DISSOLUTION OF MARRIAGE ENTERED.<br>Certified copy of the Judgment returned to Plaintiff. | |
| 6/07/2006 | | | REPORT OF PROCEEDINGS of the Hearing Held May 15, 2006 Filed. (Vock)<br>Notice of Appeal Filed.<br>Notice of Filing Filed.<br>Request for Preparation of Record on Appeal Filed. | |
| 6/08/2006 | | | Notice Of Appeal and Record Sheet sent by Certified Mail to the<br>Appellate Court. | |
| 6/13/2006 | | | APPELLATE COURT: ORDER Entered. (Appeal due 8/9/06) | |
| 6/14/2006 | | | Certified Mail Receipt returned showing service on the Appellate<br>Court Filed. | |
| 8/09/2006 | | | Notice of Filing filed.  (Appellate Court) | |
| 8/14/2006 | | | Certified Mail Receipt returned showing SERVICE on the Appeallate<br>Court and filed. | |
| 10/30/2006 | | | Supplemental Report of Proceedings sent by Certified Mail to the<br>Appellate Court. | |
| 11/01/2006 | | | Certified Mail Receipt returned showing service on Appellate<br>Court Filed. | |
| 11/09/2006 | | | Certification of Record returned from Appellate Court Filed. | |
| 12/27/2006 | | | Supplemental REPORT OF PROCEEDINGS of hearing held October 6th, 2005<br>filed.<br>APPELLATE COURT: ORDER entered. | |
| 1/04/2007 | | | Supplemental REPORT OF PROCEEDINGS sent by certified mailed to the<br>Appellate Court. | |
| 1/08/2007 | | | Certified Mail Receipt returned with service on the Appellate Court<br>filed. | |
| 1/29/2007 | | | Notice of Hearing Filed.<br>Defendant's Motion for Transfer of Automobile Title and Attorney's<br>Fees Filed.<br>Motion hearing set for  2/06/2007 at 02:30 in courtroom 302. | |
| 2/06/2007 | MM | NR | Attorney Slocum present by telephone for Dfdt.<br>Motion hearing reset due to weather.<br>Motion hearing set for 02/21/2007 at 3:00 in courtroom 302. | |
| 2/13/2007 | | | Amended Notice Of Hearing filed.<br>Motion hearing set for  2/21/2007 at 03:00 in courtroom 302. | |
| 2/21/2007 | MM | DV | Plaintiff present pro se.<br>Attorney Slocum present for Defendant.<br>Hearing on Defendant's Motion to Compel Transfer of Title granted. | |
| 2/21/2007 | | | Emergency Motion For Court To Strike And Dismiss Defendant's Motion<br>For Transfer Of Automobile Title And Attorney's Fee filed instanter. | |
| 2/21/2007 | MM | DV | Defendant's Motion to Dismiss is denied.<br>Emergency Motion for Court to Stay Execution of Judgment Pending<br>Appeal filed instanter.<br>Court takes under advisement.<br>MALLON:  ORDER Entered. | |

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                    PRO, SE
VS.
DAVENPORT, CANDIDA M                      SLOCUM, RICHARD C
```
-------------------------------------------------------------------------------
| ENTERED    JDG CR  TEXT | CHANGED USER |
-------------------------------------------------------------------------------

2/21/2007        Notice of Appeal filed.
                 Request for Preparation of Record on Appeal filed.
                 2 Notices of Filing filed.
                 Copy of Notice of Appeal forwarded to Appeals Clerk.
2/21/2007 MM  DV Conference call set for  4/24/2007 at 08:45 in courtroom 302.

2/26/2007        Notice Of Appeal and Record Sheet sent by certified mail to the
                 Appellate Court.
                 Copies given to Court Reporters Parker, Pope and Vock.

3/01/2007        Report of Proceedings of the Dissolution of Marriage held on 2/21/07
                 filed.
                 Conference call set for  4/24/2007 at 08:45 in courtroom 302.

3/05/2007        Certified mail receipt returned showing service on the Appellate
                 Court filed.

3/08/2007        APPELLATE COURT: ORDER entered. (Motion by appellant to stay
                 enforcement of judgment pending appeal is denied)

3/21/2007        APPELLATE COURT: Briefing Schedule ORDER entered.(Appeal due 04/25/07)

3/26/2007        Notice of Hearing filed.
                 Petition for Interim Attorney's Fees Pursuant to 750 ILCS 5/508(a)
                 and 750 ILCS 5/501(c-1) filed.
                 Affidavit in Support of Petition for Interim Attorney's Fees Pursuant
                 to 750 ILCS 5/508(a) and 750 ILCS 5/501(c-1) filed.
                 Petition hearing set for  4/17/2007 at 02:30 in courtroom 302.
                 POCKET DATE:  Conference call set for 4/24/2007 at 08:45 in courtroom
                 302.

4/10/2007        APPELLATE COURT: ORDER entered. Appeal 02-07-0214 is dismissed.

4/17/2007 MM  MP Plaintiff present Pro-Se.
                 Attny. Richard Slocum present for Defendant.
4/17/2007        Motion for Substitution of Judge Due to Cause filed instanter.
4/17/2007 MM  MP Motion is granted - case to go to Judge Pemberton for re-assignment.
                 Case continued for telephone conference.
4/17/2007        Affidavit filed.
4/17/2007 MM  MP Conference call set for  4/24/2007 at 08:45 in courtroom 204.

4/18/2007        Notice of Filing filed.
4/18/2007 SP  DV Case assigned to Judge Pemberton for the Motion to Substitute.
                 Case continued for conference calls.
4/18/2007        Conference call set for  4/24/2007 at 08:45 in courtroom 204.
4/18/2007 SP  DV POCKET DATE:  Conference call set for 8/24/2007 at 08:45 in courtroom
                 204.

4/24/2007 SP  NR Telephone conference held with Plaintiff (Pro-se) and Attny. Slocum
                 who represents the Defendant.
                 Defendant to file response to Motion for substitution by 5/4/07.
                 Case continued for Motion hearing.
                 Motion hearing set for  5/09/2007 at 11:00 in courtroom 204.
                 POCKET DATE:  Conference call set for 8/24/07 at 8:45 in courtroom 204

5/01/2007        Response to Motion fo Substitution of Judge Due to Cause filed.
                 Motion hearing set for  5/09/2007 at 11:00 in courtroom 204.

5/09/2007 SP  JP Plaintiff present Pro Se.
                 Atty Slocum present for Defendant.
                 Plaintiff's Motion To Strike Defendant's Response filed.
                 Motion To Strike Defendant's Response heard and denied.
                 Defendant's Oral Motion to amend paragraph 2 of Affidavit Of Richard
                 C. Slocum on Response To Motion For Substitution Of Judge Due To
                 Cause granted and amended on its face.
                 Plaintiff's Exhibit #1 and 2 offered for purposes of Motion For

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                      PRO. SE
VS.
DAVENPORT, CANDIDA M                        SLOCUM, RICHARD C
---------------------------------------------------------------------------------------------
ENTERED    JDG CR  TEXT                                              CHANGED USER
---------------------------------------------------------------------------------------------
             Substitutioin Of Judge Due To Cause and not admitted.
             Exhibits withdrawn.
             Motion For Substitution Of Judge heard and denied.
             PEMBERTON: ORDER ENTERED.
5/09/2007    Notice of Filing filed.
             Motion to Reconsider Plaintiff's Second Motion to Compel filed.
             Notice of Filing filed.
             Motion to Reconsider Plaintiff's Fourth Motion to Compel filed.
             Notice of Filing filed.
             Petition for Interim Attorney's Fees Pursuant to 750 ILCS 5/508 (a)
             and 750 ILCS 5/501(c-1) filed.
             Notice of Filing filed.
             Response to Richard C. Slocum's Affidavit in Support of Petition for
             Interim Attorney's Fees filed.
             Notice of Filing filed.
             Motion to Strike and Dismiss Defendant's Petition for Interim
             Attorney's Fees filed.
             Notice of Filing filed.
             Response to Richard C. Slocum's Affidavit in Support of Response to
             Motion for Substitution of Judge Due to Cause filed.
5/09/2007 SP  JP  Conference call set for  5/29/2007 at 01:00 in courtroom 302.

5/29/2007 MM  DV  Plaintiff present via telephone.
             Attny. Richard Slocum present for Defendant via telephone.
             Case continued for hearing on all pending matters.
             All pending set for  6/29/2007 at 11:00 in courtroom 302.

6/29/2007 MM  JP  Plaintiff present pro se.
             Attny. Richard Slocum present for Defendant.
             Plaintiff's Motion to Strike and Dismiss Defendant's Motion for
             Interim Fees heard and denied.
             Plaintiff's Motion to Reconsider 2nd Motion to Compel denied.
             Plaintiff's Motion to Reconsider 4th Motion to Compel denied.
             Defendant's Motion for Interim Fees (3/26/07) granted ($1,000.00)
             within 60 days.
             Plaintiff's Motion for Attny. Fees denied.
             MALLON:  ORDER ENTERED.

9/28/2007    Notice of Hearing filed.
             Petition for Rule to Show Cause filed.
             Petition hearing set for 10/03/2007 at 11:00 in courtroom 302.

10/03/2007 MM  DV  Petitioner present-Pro Se.
             Attorney R. Slocum present for Respondent.
             Conference call set for 10/19/2007 at 08:45 in courtroom 302.
             (status on Motion to Substitute)
10/03/2007   Notice of Filing filed.
             Conference call set for 10/19/2007 at 08:45 in courtroom 302.
             Plaintiff's Motion for Substitution of Judge Due to Cause filed.
             (From Judge Mallon)
             Conference call set for 10/19/2007 at 08:45 in courtroom 302.

10/19/2007 MM  MP  Plaintiff's Motion for Substitution of Judge Due to Cause is NOT
10/19/2007   granted, but referred to Judge Pemberton for hearing on the Motion.
             **NOTE:  THIS DOCKET ENTRY AMENDED BY LETTER OF JUDGE PEMBERTON
             DATED NOVEMBER 14, 2007**
10/19/2007 MM  MP  Case given to Judge Pemberton.

11/05/2007   Dft's Notice of Motion filed.
             Dft's Motion for Entry of Judgment Against Plaintiff filed.
             Motion hearing set for 11/09/2007 at 01:00 in courtroom 204.

11/07/2007   Notice of Filing filed.
             Plaintiff's Motion for Substitution of Judge as a Right filed.
             (From Judge Pemberton)
             Motion hearing set for 11/09/2007 at 01:00 in courtroom 204.
```

```
2003D 000103P 001
DAVENPORT, VERNIE L JR                    PRO. SE
VS.
DAVENPORT, CANDIDA M                      SLOCUM, RICHARD C
-----------------------------------------------------------------------------------
 ENTERED   JDG CR  TEXT                                              CHANGED USER
-----------------------------------------------------------------------------------
```

11/09/2007 SP  JP  Plaintiff present Pro-se.
                   Attny. R. Scloum present for Defendant via telephone.
                   Affidavit of Judge Mallon filed instanter. (Judge kept file)
                   Case continued for Motion for Change of Judge.
                   Motion hearing set for 12/05/2007 at 11:00 in courtroom 204.

11/13/2007         APPELLATE COURT: Mandate entered.
                   Judgment of the trial court is affirmed.

11/14/2007         Letter from Judge Pemberton addressed to Plaintiff and Attny. Slocum
                   filed.  (DOCKET ENTRY OF 10/19/07 CORRECTED BY JUDGE PEMBERTON)
                   Case is set for Motion for Substitution of Judge.
                   Motion hearing set for 12/05/2007 at 11:00 in courtroom 204.

11/16/2007         Ptf's Notice of Filing filed.
                   Response to Judge Michael T. Mallon Affidavit Filed November 9, 2007
                   filed.
                   Motion hearing set for 12/05/2007 at 11:00 in courtroom 204.

12/05/2007         Plaintiff's Motion For Substitution Of Judge Due To Cause filed.
                   (From Judge Pemberton)
                   Affidavit filed.
                   Notice Of Filing filed.
12/05/2007 SP  MP  Plaintiff present Pro-se.
                   Attny. R. Slocum present for Defendant.
                   Plaintiff's Motion To Substitute As To Cause (from Pemberton) taken
                   under advisement.
                   Conference call set for 12/13/2007 at 03:00 in courtroom 204.

12/13/2007 SP  MP  Plaintiff Vernie Davenport present by phone.
                   Atty Slocum present for defendant by phone.
                   Plaintiff's Motion For Substitution Of Judge Due To Cause denied.
                   (from Pemberton)
                   Hearing on Plaintiff's Motion For Substitution Of Judge Due To Cause
                   set: (from Mallon)
                   Motion hearing set for  1/03/2008 at 01:00 in courtroom 204.

 1/03/2008 SP  DV  1st Docket:
                     Plaintiff present Pro-se.
                     Attny. Richard Slocum present for Defendant.
                   Defendant's 10/3/07 Motion to Substitute Judge Mallon for cause is
                   heard and denied.
                   PEMBERTON:  ORDER ENTERED.
 1/03/2008 MM  MP  2nd Docket - Judge Mallon.
                   Plaintiff present Pro-se.
                   Attny. Richard Slocum present for Defendant.
 1/03/2008         Conference/Pre-trial hearing held.
                   Ptf (Vernie) to sign over car title to Dft Candida giving it  to
                   Attny. Slocum within 7 days.
                   RTSC issued - case set for hearing on the RTSC and hearing on the
                    Motion for Entry of Judgement.
                   MALLON:  ORDER ENTERED.
                   Rule/show cause set for  1/15/2008 at 02:00 in courtroom 302.