UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED

FEB 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| Vernie L. Davenport, Jr. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Case No. 07 C 50246 |
| ) | |
| V. ) | |
| ) | Honorable Judge Kapala |
| ) | |
| State of Illinois, et al. ) | Magistrate Judge Mahoney |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Vernie L. Davenport, Jr., PRO SE, hereby requests this Honorable Court deny Defendants' motion to dismiss. In support thereof, Plaintiff states the following:

1. Defendants' claim that this Court lacks subject matter jurisdiction due to Younger abstention is without foundation: Plaintiff's appeal is concerning his claim that the circuit court erred in vacating a judgment of dissolution of marriage in 2003D103 circuit court which is not an element of Plaintiff's complaint.

2. Defendants' claim that Plaintiff is seeking collateral review of a state court decision. Plaintiff's complaint seeks declarative relief of a null decision, which technically is no decision, at all. A void order can be challenged in any court, at any time,

3. Defendants claim of Eleventh Amendment immunity is offset by <u>Larson v. Domestic & Foreign Commerce Corp</u> and the law of agency. There are limits to sovereign immunity and those limits were violated.

4. A supporting memorandum of law is submitted in support of this motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court deny Defendants' Motion to Dismiss.

_____
Vernie L. Davenport, Jr.
132 Jeffery Avenue
Rochelle, Il  61068-9705
(601) 868-0372

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

FEB 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Vernie L. Davenport, Jr. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action Case No. 07 C 50246 |
| | ) |
| V. | ) |
| | ) Honorable Judge Kapala |
| | ) |
| State of Illinois, et al. | ) Magistrate Judge Mahoney |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF FILING

To: Kevin Lovellette
Assistant Attorney General
Office of the Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Friday, 8th day of February, 2008, I filed in the United States District Court for the Northern District of Illinois, Eastern Division, at 211 S. Court Street, Rockford, Illinois 61101 the attached **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** and **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS.**

_____
Vernie L. Davenport, Jr.
132 Jeffery Avenue
Rochelle, IL 61068-9705
Area Code 601-868-0372

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Vernie L. Davenport, Jr. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Case No. 07 C 50246 |
| ) | |
| V. ) | |
| ) | Honorable Judge Kapala |
| ) | |
| State of Illinois, et al. ) | Magistrate Judge Mahoney |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## AFFIDAVIT

I, Vernie L. Davenport, Jr., on oath, deposes and says that I have served **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** and **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** to Kevin Lovellette on this ___8th___ day of __February__, 2008 by hand delivery.

_____
Vernie L. Davenport, Jr.

SUBSCRIBED AND SWORN TO before
me this ___8th___ day of _____February_____, 2008

_____
Notary Public

OFFICIAL SEAL
JULIE A. ELLIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/28/10