IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| VERNIE L. DAVENPORT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 50246 |
| v. ) | |
| ) | Honorable Judge Kapala |
| STATE OF ILLINOIS, JUDGE MICHAEL ) | |
| MALLON, JUDGE STEPHEN PEMBERTON, ) | Magistrate Judge Mahoney |
| and the OGLE COUNTY, ILLINOIS CIRCUIT ) | |
| CLERK, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Vernie L. Davenport, Jr., *Pro Se*
      132 Jeffery Avenue
      Rochelle, IL  61068

**PLEASE TAKE NOTICE** that on Friday, the 22nd day of February, 2008, I caused to be electronically filed in the United States District Court for the Northern District of Illinois, Western Division, at 211 S. Court Street, Rockford, Illinois 61101, the attached **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**, a copy of which is hereby served upon you.

LISA MADIGAN                              Respectfully submitted,
Attorney General of Illinois

                                            s:/ Kevin Lovellette
                                          KEVIN LOVELLETTE
                                          Assistant Attorney General
                                          General Law Bureau
                                          100 West Randolph Street, 13th Floor
                                          Chicago, Illinois  60601
                                          (312) 814-3720

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed on February 22, 2008 through the Court's CM/ECF system.  Parties of record may obtain a copy of the paper through the Court's CM/ECF system.  The undersigned further certifies that a copy of the aforementioned document was served by U.S. Mail on the 22nd day of February, 2008, to Vernie L. Davenport, Jr. at the address above.

                                            s:/ Kevin Lovellette