# United States District Court
## Northern District of Illinois
### Western Division

Vernie L. Davenport, Jr.          **JUDGMENT IN A CIVIL CASE**

      v.          Case Number: 07 C 50246

State of Illinois, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss is granted. This case is closed.

                                         Michael W. Dobbins, Clerk of Court

Date: 3/13/2008                         _____
                                          /s/ Susan Wessman, Deputy Clerk