UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Civil Action Case No. 07 C 50246

FILED
pa R# 3714
APR 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Vernie L. Davenport, Jr.       )
                               )
    Plaintiff,                 )
                               )
                               )
    V.                         )
                               )   Notice of Appeal
                               )
State of Illinois,             )
JUDGE MICHAEL MALLON,          )
JUDGE STEPHEN PEMBERTON,       )
and                            )
Ogle County, Illinois Circuit Clerk  )
                               )
    Defendants.                )
                               )

**Notice of Appeal to the United States Court of Appeals for the Seventh Circuit**

Vernie L. Davenport, Jr., *Pro Se*, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 12th day of March, 2008.

Vernie L. Davenport, Jr.
132 Jeffery Avenue
Rochelle, Il 61068-9705
(601) 868-0372