## SEVENTH DISTRICT COURT OF APPEALS
Civil Docketing Statement

| | |
|---|---|
| Vernie L. Davenport, Jr. ) | Appeals Case No. _____ |
| ) | |
| Plaintiff-Appellant, ) | Trial Court Case No. 07 C 50246 |
| ) | |
| ) | Trial Court Judge: Honorable Judge Kapala |
| v. ) | |
| State of Illinois, ) | **F I L E D** |
| Judge Michael Mallon, ) | |
| Judge Stephen Pemberton, and ) | APR 1 0 2008 |
| Ogle County, Illinois Circuit Clerk ) | |
| Defendants-Appellees ) | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

Lead counsel for each plaintiff:        Lead counsel for each defendant:
(Attach sheet to identify additional parties & counsel) (Attach sheet to identify additional parties & counsel)

Name/Reg. No: Vernie L. Davenport, Jr.    Name/Reg. No.: Kevin Lovellette
Firm Name: (none)                          Firm Name: Office of Illinois Attorney General
Address: 132 Jeffery Avenue                Address: 100 W. Randolph Street, 13th Floor
     Rochelle, Illinois  61068-9705             Chicago, IL 60601


Phone No.  601-868-0372                    Phone No.  312-814-3720

Fax No.  (none)                            Fax No.

---

Date Notice of Appeal Filed <u>April 10, 2008</u>  File Date of Order being Appealed <u>March 12, 2008</u>

If applicable:
    Date & type of motion(s) per App. R. 4(B)(2) filed _____

    Date of Order resolving motion(s) _____

Date docket record shows notice of final order mailed by clerk _____

Is a transcript of proceedings to be filed? [ ] Yes [x] No

Does appeal involve:
[ ] Summary Judgment [x] Motion to Dismiss [ ] Grant/vacate default judgment [ ] N/A

1

Is Oral Argument requested? [ ] Yes [x] No

**Must this case be expedited as being one of the following types - [ ] Yes [ ] No [x]**

Appeal brought by minor child (R.C. 2505.073 & Appellate Rule 11.2)

[ ]   Appeal from an order granting or denying adoption or permanently terminating parental rights (Appellate Rule 11.2)

[ ]   Appeal regarding an order concerning a dependent, abused, neglected, unruly or delinquent child (Appellate Rule 11.2)

[ ]   Appeal involving matters of child custody, allocation of parental rights or responsibilities, or designation of a child's place of residence and legal custodian under (R.C. 3109.04(H)and 3109.06.)

[ ]   Juvenile Rule 22(F) Appeal       [ ] Other:

**Final appealable order:**

(a) Has the trial court disposed of all claims by and against all parties?
   [x] Yes. **Attach all judgments/orders resolving all claims against all parties.**
   [ ] No.

(b) If the answer to (a) is "no" has the trial court made an express determination that there is , "no just reason for delay," per Civ. R. 54(B), with respect to the judgment/order from which the appeal is taken?
   [ ] Yes, in the same judgment or order.
   [ ] Yes, in a subsequent order dated _____ . **Attach subsequent order.** [ ] No.

(c)   Is the judgment/order subject to interlocutory appeal per R.C. 2505.02 (check all that apply)? [ ] Yes. The order affects a substantial right in an action and prevents a judgment. R.C. 2505.02(B)(1)
   [ ] Yes. The order was made in a special proceeding. R.C. 2505.02(B)(2).
   [ ] Yes. The order grants or denies a provisional remedy and meets the other criteria of R.C. 2505.02(B)(4).
   [ ] Yes. The order determines that an action may or may not be maintained as a class action. See R.C. 2505.02(B)(5).
   [ ] No.

(d)   Does the right to an immediate appeal arise from a statute other than R.C. 2505.02?
   [x] Yes. Identify statute: 28 U.S.C. §1291

   [ ] No.

## NATURE OF CASE

[ ] Original action        [x] General Civil Appeal      [ ] Domestic Relations
[ ] Juvenile               [ ] Contract                  [ ] Declaratory Judgment
[ ] Probate                [ ] Medical Malpractice       [ ] Administrative Appeal
[ ] Personal Injury        [ ] Other, specify _____

Was a stay of execution sought in the trial court? [ ] Yes [x] No  If Yes: granted/appealed/denied.

Is a stay request being filed with this court? [ ] Yes. [x] No.

Have the parties to this appeal been parties to a previous appeal filed in this court?
[x] Yes [] No. If yes, please cite the case(s) ___08-1819_____.

Do you know of another case(s) pending before this court or recently decided by this court which raises the same issue? [ ] Yes. [x] No. If yes, please cite the case(s).

_____
_____


Summary Probable issues for review:

1. Circuit Court lack of jurisdiction

2. Lack of fair and unbiased tribunal

3. _____

4. _____

Does the appeal turn on an interpretation or application of a particular case(s) or statute(s)?
[x] Yes. [ ] No. If yes, please cite the case(s) and/or statute(s). Tumey v Ohio, 273 U.S. 510 (1927) (impartial judge), Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828) (void judgment), Pennoyer v. Neff, 95 U.S. 714, 732-733 (1878) (void judgment), and Old Wayne Mut. L. Assoc. v. Mcdonough, 204 U.S. 8 (void judgment challengeable in any court).

## CERTIFICATION

I certify that the information provided on this docketing statement is accurate.

_____
Signature of counsel or unrepresented party

3

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 50246 | DATE | 3/12/2008 |
| CASE TITLE | Davenport vs. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion to dismiss [8] is granted. This case is closed.

*Docketing to mail notices.*

■ [ For further details see text below.]

## STATEMENT

Plaintiff, Vernie L. Davenport, proceeding pro se, brings this action pursuant to 28 U.S.C. § 1983 against defendants the State of Illinois, Judge Michael T. Mallon, Judge Stephen C. Pemberton, and the Ogle County Circuit Clerk, in their official capacities. In his complaint, plaintiff alleges that Judge Pemberton's rulings in a state court case violated his constitutional rights to procedural due process, to a fair and impartial trial, and to the equal protection of the law. Plaintiff seeks declaratory and injunctive relief from Judge Pemberton's orders.

Defendants have moved to dismiss the complaint on various grounds, including lack of subject-matter jurisdiction based on the Rooker-Feldman doctrine.[1] Under the Rooker-Feldman doctrine, a federal district court lacks jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." Exon Mobile Corp. v. Saudi Basisc Indus. Corp., 544 U.S. 280, 284 (2005); see also Sides v. City of Champaign, 496 F. 3d 820, 824 (7th Cir. 2007) ("[O]nly the Supreme Court of the United States may set aside a judgment entered by a state court."). Among plaintiffs requests for relief is that this court "[d]eclare that the State of Illinois and the Ogle County Circuit Clerk shall reverse, or cause to be reversed, changes to the Ogle County court docket caused, directly or indirectly, by Judge Pemberton's letter of November 14, 2007." Because plaintiff's complaint alleges injuries caused by a state-court judgment and seeks an order rejecting those judgments, the Rooker-Feldman doctrine is implicated and this court lacks subject-matter jurisdiction. Consequently, defendants' motion to dismiss is granted.

1. See Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983).

Page 1 of 1

07 C 50246 Davenport vs. State of Illinois, et al.

**SEVENTH DISTRICT COURT OF APPEALS**
Civil Docketing Statement

| | |
|---|---|
| Vernie L. Davenport, Jr.                )    | Appeals Case No. _____ |
|                                          )    | |
|       Plaintiff-Appellant,               )    | Civil Action Case No. 07 C 50246 |
|                                          )    | |
|    V.                                    )    | |
|                                          )    | Trial Court Judge: Honorable Judge Kapala |
|                                          )    | |
| State of Illinois,                       )    | |
| Judge Michael Mallon,                    )    | |
| Judge Stephen Pemberton, and             )    | |
| Ogle County, Illinois Circuit Clerk      )    | |
|                                          )    | |
|       Defendants-Appellees               )    | |

FILED

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

To:   Kevin Lovellette
      Assistant Attorney General
      Office of the Attorney General
      100 W. Randolph St., 13th Floor
      Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Thursday, 10th day of April, 2008, I filed in the United States District Court for the Northern District of Illinois, Eastern Division, at 211 S. Court Street, Rockford, Illinois 61101 the attached **Civil Docketing Statement** and **Transcript Information Sheet.**

_____
Vernie L. Davrnport, Jr.
132 Jeffery Avenue
Rochelle, IL  61068-9705
Area Code 601-868-0372

## SEVENTH DISTRICT COURT OF APPEALS
Civil Docketing Statement

| | |
|---|---|
| Vernie L. Davenport, Jr. ) | Appeals Case No. _____ |
| Plaintiff-Appellant, ) | Civil Action Case No. 07 C 50246 |
| V. ) | Trial Court Judge: Honorable Judge Kapala |
| State of Illinois, ) Judge Michael Mallon, ) Judge Stephen Pemberton, and ) Ogle County, Illinois Circuit Clerk ) | |
| Defendants-Appellees ) | |

## AFFIDAVIT

I, Vernie L. Davenport, Jr., on oath, deposes and says that I have served **PLAINTIFF'S Civil Docketing Statement** and **Transcript Information Sheet** to Kevin Lovellette on this ___10th___ day of __April__, 2008 by U. S. Mail delivery.

_/s/ Vernie L. Davenport_
Vernie L. Davenport, Jr.

SUBSCRIBED AND SWORN TO before me this ___10th___ day of ___April___, 2008

_/s/ Julie A Ellis_
Notary Public

[OFFICIAL SEAL – NOTARY PUBLIC JULIE A ELLIS, STATE OF ILLINOIS, MY COMMISSION EXPIRES 05/28/10]