UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Civil Action Case No. 07 C 50246

| | |
|---|---|
| Vernie L. Davenport, Jr. | ) |
| Plaintiff, | ) |
| V. | ) Notice of Appeal |
| State of Illinois, JUDGE MICHAEL MALLON, JUDGE STEPHEN PEMBERTON, and Ogle County, Illinois Circuit Clerk | ) |
| Defendants. | ) |

FILED
pa R# 3714
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Notice of Appeal to the United States Court of Appeals for the Seventh Circuit**

Vernie L. Davenport, Jr., *Pro Se*, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 12th day of March, 2008.

Vernie L. Davenport, Jr.
132 Jeffery Avenue
Rochelle, Il 61068-9705
(601) 868-0372

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 CV 50246

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Vernie L Davenport, Jr - Appellant | | State Of Illinois etal. |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Vernie L Davenport, Jr | Name | Kevin R. Lovellette |
| Firm | | Firm | Illinois Attorney General's Office |
| Address | 132 Jeffery Avenue<br>Rochelle, IL 61068 | Address | 100 West Randolph Street<br>13th Floor<br>Chicago, IL 60601 |
| Phone | 601-868-0372 | Phone | (312)814-3720 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Frederick J. Kapala | Date Filed in District Court | 12/21/2007 |
| Court Reporter | Mary Lindbloom | Date of Judgment | 03/13/2008 |
| Nature of Suit Code | 440 Civil Rights: Other | Date of Notice of Appeal | 4/10/08 |

COUNSEL:    Appointed [ ]    Retained [ ]    Pro Se [x]

FEE STATUS:    Paid [x]    Due [ ]    IFP [ ]

IFP Pending [ ]    U.S. [ ]    Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes [x]    No [ ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]    Denied [ ]    Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).    Rev 04/01**

## SEVENTH DISTRICT COURT OF APPEALS
Civil Docketing Statement

| | |
|---|---|
| Vernie L. Davenport, Jr.<br><br>Plaintiff-Appellant,<br><br>v.<br><br>State of Illinois,<br>Judge Michael Mallon,<br>Judge Stephen Pemberton, and<br>Ogle County, Illinois Circuit Clerk<br>    Defendants-Appellees | Appeals Case No. _____<br><br>Trial Court Case No. 07 C 50246<br><br>Trial Court Judge: Honerable Judge Kapala |

**F I L E D**

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Lead counsel for each plaintiff:
(Attach sheet to identify additional parties & counsel)

Lead counsel for each defendant:
(Attach sheet to identify additional parties & counsel)

Name/Reg. No: Vernie L. Davenport, Jr.
Firm Name: (none)
Address: 132 Jeffery Avenue
    Rochelle, Illinois  61068-9705

Name/Reg. No.: Kevin Lovellette
Firm Name: Office of Illinois Attorney General
Address: 100 W. Randolph Street, 13th Floor
    Chicago, IL 60601

Phone No.  601-868-0372

Phone No. 312-814-3720

Fax No.

Fax No.  (none)

---

Date Notice of Appeal Filed <u>April 10, 2008</u>  File Date of Order being Appealed <u>March 12, 2008</u>

If applicable:
    Date & type of motion(s) per App. R. 4(B)(2) filed _____

    Date of Order resolving motion(s) _____

Date docket record shows notice of final order mailed by clerk _____

Is a transcript of proceedings to be filed? [ ] Yes [x] No

Does appeal involve:
[ ] Summary Judgment [x] Motion to Dismiss [ ] Grant/vacate default judgment [ ] N/A

1

Is Oral Argument requested? [ ] Yes [x] No

**Must this case be expedited as being one of the following types - [ ] Yes [ ] No [x]**

Appeal brought by minor child (R.C. 2505.073 & Appellate Rule 11.2)

[ ]   Appeal from an order granting or denying adoption or permanently terminating parental rights (Appellate Rule 11.2)

[ ]   Appeal regarding an order concerning a dependent, abused, neglected, unruly or delinquent child (Appellate Rule 11.2)

[ ]   Appeal involving matters of child custody, allocation of parental rights or responsibilities, or designation of a child's place of residence and legal custodian under (R.C. 3109.04(H)and 3109.06.)

[ ]   Juvenile Rule 22(F) Appeal            [ ] Other:

**Final appealable order:**

(a) Has the trial court disposed of all claims by and against all parties?
    [x] Yes. **Attach all judgments/orders resolving all claims against all parties.**
    [ ] No.

(b) If the answer to (a) is "no" has the trial court made an express determination that there is , "no just reason for delay," per Civ. R. 54(B), with respect to the judgment/order from which the appeal is taken?
    [ ] Yes, in the same judgment or order.
    [ ] Yes, in a subsequent order dated _____ . **Attach subsequent order.** [ ] No.

(c)   Is the judgment/order subject to interlocutory appeal per R.C. 2505.02 (check all that apply)? [ ] Yes. The order affects a substantial right in an action and prevents a judgment. R.C. 2505.02(B)(1)
   [ ] Yes. The order was made in a special proceeding. R.C. 2505.02(B)(2).
   [ ] Yes. The order grants or denies a provisional remedy and meets the other criteria of R.C. 2505.02(B)(4).
   [ ] Yes. The order determines that an action may or may not be maintained as a class action. See R.C. 2505.02(B)(5).
   [ ] No.

(d)   Does the right to an immediate appeal arise from a statute other than R.C. 2505.02?
   [x] Yes. Identify statute: 28 U.S.C. §1291

   [ ] No.

2

## NATURE OF CASE

[ ] Original action  [x] General Civil Appeal  [ ] Domestic Relations
[ ] Juvenile         [ ] Contract              [ ] Declaratory Judgment
[ ] Probate          [ ] Medical Malpractice   [ ] Administrative Appeal
[ ] Personal Injury  [ ] Other, specify _____

Was a stay of execution sought in the trial court? [ ] Yes [x] No If Yes: granted/appealed/denied.

Is a stay request being filed with this court? [ ] Yes. [x] No.

Have the parties to this appeal been parties to a previous appeal filed in this court?
[x] Yes [] No. If yes, please cite the case(s) __08-1819_____.

Do you know of another case(s) pending before this court or recently decided by this court which raises the same issue? [ ] Yes. [x] No. If yes, please cite the case(s).

_____
_____

Summary Probable issues for review:

1. Circuit Court lack of jurisdiction

2. Lack of fair and unbiased tribunal

3. _____

4. _____

Does the appeal turn on an interpretation or application of a particular case(s) or statute(s)? [x] Yes. [ ] No. If yes, please cite the case(s) and/or statute(s). Tumey v Ohio, 273 U.S. 510 (1927) (impartial judge), Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828) (void judgment), Pennoyer v. Neff, 95 U.S. 714, 732-733 (1878) (void judgment), and Old Wayne Mut. L. Assoc. v. Mcdonough, 204 U.S. 8 (void judgment challengeable in any court).

## CERTIFICATION

I certify that the information provided on this docketing statement is accurate.

_____
Signature of counsel or unrepresented party

3

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| | | DATE | 3/12/2008 |
| CASE NUMBER | 07 C 50246 | | |
| CASE TITLE | Davenport vs. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion to dismiss [8] is granted. This case is closed.

*[signature]*

Docketing to mail notices.

■ [ For further details see text below.]

## STATEMENT

Plaintiff, Vernie L. Davenport, proceeding pro se, brings this action pursuant to 28 U.S.C. § 1983 against defendants the State of Illinois, Judge Michael T. Mallon, Judge Stephen C. Pemberton, and the Ogle County Circuit Clerk, in their official capacities. In his complaint, plaintiff alleges that Judge Pemberton's rulings in a state court case violated his constitutional rights to procedural due process, to a fair and impartial trial, and to the equal protection of the law. Plaintiff seeks declaratory and injunctive relief from Judge Pemberton's orders.

Defendants have moved to dismiss the complaint on various grounds, including lack of subject-matter jurisdiction based on the Rooker-Feldman doctrine.[1] Under the Rooker-Feldman doctrine, a federal district court lacks jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." Exon Mobile Corp. v. Saudi Basisc Indus. Corp., 544 U.S. 280, 284 (2005); see also Sides v. City of Champaign, 496 F. 3d 820, 824 (7th Cir. 2007) ("[O]nly the Supreme Court of the United States may set aside a judgment entered by a state court."). Among plaintiffs requests for relief is that this court "[d]eclare that the State of Illinois and the Ogle County Circuit Clerk shall reverse, or cause to be reversed, changes to the Ogle County court docket caused, directly or indirectly, by Judge Pemberton's letter of November 14, 2007." Because plaintiff's complaint alleges injuries caused by a state-court judgment and seeks an order rejecting those judgments, the Rooker-Feldman doctrine is implicated and this court lacks subject-matter jurisdiction. Consequently, defendants' motion to dismiss is granted.

1. See Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983).

Page 1 of 1

07 C 50246 Davenport vs. State of Illinois, et al.

## SEVENTH DISTRICT COURT OF APPEALS
Civil Docketing Statement

| | |
|---|---|
| Vernie L. Davenport, Jr. ) | |
| ) | Appeals Case No. _____ |
| Plaintiff-Appellant, ) | |
| ) | Civil Action Case No. 07 C 50246 |
| ) | |
| V. ) | |
| ) | Trial Court Judge: Honorable Judge Kapala |
| ) | |
| State of Illinois, ) | |
| Judge Michael Mallon, ) | |
| Judge Stephen Pemberton, and ) | |
| Ogle County, Illinois Circuit Clerk ) | |
| ) | |
| Defendants-Appellees ) | |

FILED

APR 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

To: Kevin Lovellette
Assistant Attorney General
Office of the Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Thursday, 10th day of April, 2008, I filed in the United States District Court for the Northern District of Illinois, Eastern Division, at 211 S. Court Street, Rockford, Illinois 61101 the attached **Civil Docketing Statement** and **Transcript Information Sheet.**

_____
Vernie L. Davrnport, Jr.
132 Jeffery Avenue
Rochelle, IL 61068-9705
Area Code 601-868-0372

## SEVENTH DISTRICT COURT OF APPEALS
Civil Docketing Statement

| | |
|---|---|
| Vernie L. Davenport, Jr. | ) |
| | ) Appeals Case No. _____ |
| Plaintiff-Appellant, | ) |
| | ) Civil Action Case No. 07 C 50246 |
| V. | ) |
| | ) Trial Court Judge: Honorable Judge Kapala |
| State of Illinois, | ) |
| Judge Michael Mallon, | ) |
| Judge Stephen Pemberton, and | ) |
| Ogle County, Illinois Circuit Clerk | ) |
| Defendants-Appellees | ) |

### AFFIDAVIT

I, Vernie L. Davenport, Jr., on oath, deposes and says that I have served **PLAINTIFF'S Civil Docketing Statement** and **Transcript Information Sheet** to Kevin Lovellette on this ___10th___ day of ___April___, 2008 by U. S. Mail delivery.

_____
Vernie L. Davenport, Jr.

SUBSCRIBED AND SWORN TO before me this ___10th___ day of ___April___, 2008

_____
Notary Public

[OFFICIAL SEAL — NOTARY PUBLIC JULIE A. ELLIS — STATE OF ILLINOIS — MY COMMISSION EXPIRES 05/28/10]

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50246 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Davenport vs. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion to dismiss [8] is granted. This case is closed.

■ [ For further details see text below.]      Docketing to mail notices.

### STATEMENT

    Plaintiff, Vernie L. Davenport, proceeding pro se, brings this action pursuant to 28 U.S.C. § 1983 against defendants the State of Illinois, Judge Michael T. Mallon, Judge Stephen C. Pemberton, and the Ogle County Circuit Clerk, in their official capacities. In his complaint, plaintiff alleges that Judge Pemberton's rulings in a state court case violated his constitutional rights to procedural due process, to a fair and impartial trial, and to the equal protection of the law. Plaintiff seeks declaratory and injunctive relief from Judge Pemberton's orders.

    Defendants have moved to dismiss the complaint on various grounds, including lack of subject-matter jurisdiction based on the Rooker-Feldman doctrine.[1] Under the Rooker-Feldman doctrine, a federal district court lacks jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." Exon Mobile Corp. v. Saudi Basisc Indus. Corp., 544 U.S. 280, 284 (2005); see also Sides v. City of Champaign, 496 F. 3d 820, 824 (7th Cir. 2007) ("[O]nly the Supreme Court of the United States may set aside a judgment entered by a state court."). Among plaintiffs requests for relief is that this court "[d]eclare that the State of Illinois and the Ogle County Circuit Clerk shall reverse, or cause to be reversed, changes to the Ogle County court docket caused, directly or indirectly, by Judge Pemberton's letter of November 14, 2007." Because plaintiff's complaint alleges injuries caused by a state-court judgment and seeks an order rejecting those judgments, the Rooker-Feldman doctrine is implicated and this court lacks subject-matter jurisdiction. Consequently, defendants' motion to dismiss is granted.

---

1. See Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983).

# United States District Court
## Northern District of Illinois
**Western Division**

Vernie L. Davenport, Jr.           **JUDGMENT IN A CIVIL CASE**

      v.           Case Number: 07 C 50246

State of Illinois, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss is granted. This case is closed.

                                          Michael W. Dobbins, Clerk of Court

Date: 3/13/2008                                    _____
                                                   /s/ Susan Wessman, Deputy Clerk

APPEAL, MAHONEY, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Rockford)
# CIVIL DOCKET FOR CASE #: 3:07-cv-50246
# Internal Use Only

| | |
|---|---|
| Davenport v. State Of Illinois et al | Date Filed: 12/21/2007 |
| Assigned to: Honorable Frederick J. Kapala | Date Terminated: 03/12/2008 |
| Referred to: Honorable P. Michael Mahoney | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Vernie L Davenport, Jr**  represented by  **Vernie L Davenport, Jr**
132 Jeffery Avenue
Rochelle, IL 61068
601-868-0372
PRO SE

V.

**Defendant**

**State Of Illinois**  represented by  **Kevin R. Lovellette**
Illinois Attorney General's Office
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312)814-3720
Email: klovellette@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Michael Mallon**  represented by  **Kevin R. Lovellette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Stephen Pemberton**  represented by  **Kevin R. Lovellette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CM/ECF LIVE, Ver 3.1.3 - U.S. District Court, Northern Illinois　　　　https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?546209977925926-L_950_0-1

Case 3:07-cv-50246　　Document 22　　Filed 04/10/2008　　Page 12 of 13

**Defendant**

**Ogle County, Illinois Circuit Clerk**　　　represented by **Kevin R. Lovellette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2007 | 1 | COMPLAINT filed by Vernie L Davenport, Jr; Filing fee $ 350.(pg, ) (Entered: 12/21/2007) |
| 12/21/2007 | 2 | CIVIL Cover Sheet (pg, ) (Entered: 12/21/2007) |
| 12/21/2007 | 3 | PRO SE Appearance by Plaintiff Vernie L Davenport, Jr (pg, ) (Entered: 12/21/2007) |
| 12/21/2007 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 12/21/2007 in the amount of $350.00, receipt number 3524 (pg, ) (Entered: 12/21/2007) |
| 12/21/2007 |  | THIS matter is referred to the Honorable P. Michael Mahoney pursuant to Internal Operating Procedure 11(d) (pg, ) (Entered: 12/21/2007) |
| 01/14/2008 | 5 | MINUTE entry before Judge P. Michael Mahoney :Status hearing set for 2/8/2008 at 01:30 PM. Plaintiff is directed to notify any party filing an appearance subsequent to the entry of this order, of the status hearing. MAiled notice (glg, ) (Entered: 01/14/2008) |
| 01/17/2008 | 6 | SUMMONS Issued as to Defendants State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk (pg, ) (Entered: 01/17/2008) |
| 01/22/2008 | 7 | ATTORNEY Appearance for Defendants State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk by Kevin R. Lovellette (Lovellette, Kevin) (Entered: 01/22/2008) |
| 01/22/2008 | 8 | MOTION by Defendants State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk to dismiss (Lovellette, Kevin) (Entered: 01/22/2008) |
| 01/22/2008 | 9 | MEMORANDUM by State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk in support of motion to dismiss 8 (Lovellette, Kevin) (Entered: 01/22/2008) |
| 01/22/2008 | 10 | NOTICE of Motion by Kevin R. Lovellette for presentment of motion to dismiss 8 before Honorable P. Michael Mahoney on 2/8/2008 at 01:30 PM. (Lovellette, Kevin) (Entered: 01/22/2008) |
| 01/22/2008 | 11 | SUPPLEMENT by State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk to motion to dismiss 8 *(Exhibit A)* (Lovellette, Kevin) (Entered: 01/22/2008) |
| 02/08/2008 | 12 | RESPONSE by Vernie L Davenport, Jr in Opposition to MOTION by Defendants State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk to dismiss 8 ; notice of filing (jat, ) (Entered: 02/08/2008) |

| | | |
|---|---|---|
| 02/08/2008 | 13 | MEMORANDUM by Vernie L Davenport, Jr in Opposition to motion to dismiss 8 (jat, ) (Entered: 02/08/2008) |
| 02/08/2008 | 14 | MINUTE entry before Judge P. Michael Mahoney : Status hearing held on 2/8/2008. Defendant's Motion to dismiss 8 is taken under advisement; Set deadlines as to motion to dismiss 8 : Response due 2/8/08. Reply due 2/22/08. If a party is not going to file a brief in response or reply, it is that partys obligation, within the time frame established by this order, to so notify the court in writing. Status hearing set for 5/9/2008 at 01:30 PM.Mailed notice (glg, ) (Entered: 02/08/2008) |
| 02/22/2008 | 15 | REPLY by State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk to response in opposition to motion 12 (Lovellette, Kevin) (Entered: 02/22/2008) |
| 02/22/2008 | 16 | NOTICE by State Of Illinois, Michael Mallon, Stephen Pemberton, Ogle County, Illinois Circuit Clerk re reply to response to motion 15 (Lovellette, Kevin) (Entered: 02/22/2008) |
| 03/12/2008 | 17 | MINUTE entry before Judge Frederick J. Kapala : Defendants' motion to dismiss 8 is granted. This case is closed.[For further details see text below.] Docketing mailed notice (pg, ) Modified on 3/13/2008 (pg, ). (Entered: 03/13/2008) |
| 03/13/2008 | 18 | ENTERED JUDGMENT Signed bycourt clerk for Judge Frederick J. Kapala on 3/13/2008:(pg, ) (Entered: 03/13/2008) |
| 04/10/2008 | 19 | NOTICE of appeal by Vernie L Davenport, Jr regarding orders 17 , 18 Filing fee $ 455; receipt #3716 (pg, ) (Entered: 04/10/2008) |
| 04/10/2008 | 20 | DOCKETING Statement by Vernie L Davenport, Jr regarding notice of appeal 19 ; Notice Of Filing (pg, ) (Entered: 04/10/2008) |
| 04/10/2008 | 21 | SEVENTH CIRCUIT transcript information sheet by Vernie L Davenport, Jr (pg, ) (Entered: 04/10/2008) |