# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

April 10, 2008

**FILED**

**APR 1 1 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1872
>
> Caption:
> VERNIE L. DAVENPORT, Jr.,
> Plaintiff - Appellant
>
> v.
>
> STATE OF ILLINOIS, MICHAEL MALLON, Judge, STEPHEN PEMBERTON, Judge, and OGLE COUNTY, ILLINOIS CIRCUIT CLERK,
> Defendants - Appellees
>
> District Court No: 3:07-cv-50246
> Court Reporter Mary Lindbloom
> Clerk/Agency Rep Michael Dobbins
> District Judge Frederick Kapala
>
> Date NOA filed in District Court: 04/10/2008