# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

07 C 50246

**FILED**
AUG 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

August 11, 2008

| No.: 08-1819 | VERNIE L. DAVENPORT, Jr., Plaintiff - Appellant<br><br>v.<br><br>STATE OF ILLINOIS and MICHAEL MALLON, Judge, Defendants - Appellees |
|---|---|
| No.: 08-1872 | VERNIE L. DAVENPORT, Jr., Plaintiff - Appellant<br><br>v.<br><br>STATE OF ILLINOIS, MICHAEL MALLON, Judge, STEPHEN PEMBERTON, Judge, and OGLE COUNTY, ILLINOIS CIRCUIT CLERK, Defendants - Appellees |

**Originating Case Information:**

District Court No: 3:07-cv-50141
Northern District of Illinois, Western Division
Court Reporter Mary Lindbloom
Clerk/Agency Rep Michael Dobbins
District Judge Frederick Kapala

TOTAL P.002

| Originating Case Information: |
| --- |
| District Court No: 3:07-cv-50246 |
| Northern District of Illinois, Western Division |

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

form name: c7_NoticeTransROA (form ID: 116)