

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

MICHAEL W. DOBBINS
CLERK

815-987-4354

August 19, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Davenport v. State of Illinois, et al

U.S.D.C. DOCKET NO. : 07 C 50246

U.S.C.A. DOCKET NO. : 08-1872

**FILED**
AUG 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08-1872**

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

1 VOLUME OF PLEADINGS

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

> Very truly yours,
>
> Michael W. Dobbins, Clerk
>
> By:_____
>      Julia Mitchell, Deputy Clerk

U.S.C.A. — 7th Circuit
**FILED**
AUG 2 0 2008  DW
GINO J. AGNELLO
CLERK
DOC. #_____

**ON CM/ECF**
AUG 2 0 2008  DW